UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:12 CR 112 – 1F

UNITED STATES OF AMERICA

v.                                    ORDER TO SEAL DOCUMENTS

JASON ANDREW EMBRY

---

Upon motion of defendant and for good cause shown, it is hereby ORDERED that the following documents be sealed: those certain documents filed by defendant and designated as DE 27.

So ORDERED this the 19th day of June 2013.

_James C. Fox_
JAMES C. FOX
SENIOR US DISTRICT JUDGE