UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Case No. 4:12 CR 112 – 1F

UNITED STATES OF AMERICA

v.                                              ORDER TO SEAL DOCUMENTS

JASON ANDREW EMBRY
_____

Upon motion of defendant and for good cause shown, it is hereby

ORDERED that the following documents be sealed: those certain documents filed by

defendant and designated as DE 41.

So ORDERED this the $\underline{25}$ day of September, 2013.

_____
JAMES C. FOX
SENIOR US DISTRICT JUDGE